

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVOR LANCE MABOU, STACEY MABOU, TAYLOR MABOU AND INDIVIDUALLY AND ON BEHALF OF TRAVOR'S MINOR CHILDREN, ALEX MABOU AND KRYSTA MABOU, AND INDIVIDUALLY AND ON BEHALF OF STACEY'S MINOR DAUGHTER, KRISTA BETTEVY | CIVIL ACTION NO. 05-2090 (JURY TRIAL)<br><br><br><br>MAGISTRATE JAMES KIRK |
| VERSUS | |
| GEICO INSURANCE COMPANY | JUDGE DEE D. DRELL |

ORDER

**CONSIDERING** the judgment rendered on July 20, 2006, the court makes the specific finding that the judgment be designated a final judgment under FRCP 54(b) based on the fact that there is no just reason for the delay, and hereby expressly directs the entry of the judgment and that the dismissed claims of Travor Lance Mabou constitutes the most significant issues in this case and that immediate resolution of these issues would best serve the interest of justice and judicial efficiency.

***THUS DONE AND SIGNED*** this ___ day of August, 2006, in Alexandria, Louisiana.

DEE D. DRELL, UNITED STATES DISTRICT JUDGE