RECEIVED
IN ALEXANDRIA, LA
SEP 11 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| TRAVOR LANE MABOU, et al. | CIVIL ACTION NO. 05-2090-A |
| -vs- | JUDGE DRELL |
| GEICO INSURANCE COMPANY and GOVERNMENT EMPLOYEES INSURANCE COMPANY | MAGISTRATE JUDGE KIRK |

## R U L I N G

The Court has considered the second Motion for Summary Judgment filed by Government Employers Insurance Company (GEICO), appearing in the record as Document #50. This motion was previously stayed pending appeal of GEICO's first motion but the stay was previously lifted. Now comes the attached letter from counsel for plaintiffs (Exhibit 1) indicating no opposition to the grant of this motion. Considering the sound authorities and argument set forth by GEICO, and the capitulation by Plaintiffs, the relief requested will be granted by separate judgment.

SIGNED on this 10 day of September 2007 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

## DARREL D. RYLAND

(A PROFESSIONAL LAW CORPORATION)

**EXHIBIT 1**

DARREL D. RYLAND
J.B. TREUTING
WESLEY K. ELMER
DANIKA A. BENJAMIN

115 WEST MARK STREET
P.O. DRAWER 1469
MARKSVILLE, LA 71351
TELEPHONE (318) 253-5961
FACSIMILE (318) 253-5599

September 5, 2007

Honorable Robert H. Shemwell
United States District Court
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083

Re: **Travor Lance Mabou, et al v. Geico Insurance Company**
     **USDC No.: 1:05-CV-2090**

Dear Honorable Shemwell:

Defendant, Government Employees Insurance Company, filed a Motion for Summary Judgment (Doc. No. 50) which has been placed on the September 2007 Motion Calendar. Please be advised that plaintiff, Stacey Mabou, has no opposition to the pending Motion for Summary Judgment.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

LAW OFFICE OF DARREL D. RYLAND, APLC

DARREL D. RYLAND
DDR/pmw
cc: Honorable Dee D. Drell
    Russell Potter